UNITED STATES of America,
Plaintiff—Appellee,

v.

Isidro Aurelio TELLEZ–SANDOVAL,
Defendant—Appellant.

No. 01–10107.

D.C. No. CR–00–01130–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2001.*

Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

MEMORANDUM **

Isidro Aurelio Tellez–Sandoval appeals the sentence imposed following his guilty plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a).

As part of his plea agreement, Tellez–Sandoval waived his right to appeal any sentence imposed that was consistent with his written plea agreement. Because Tellez–Sandoval received a sentence consistent with the plea agreement, and there is no evidence that the waiver of the right to appeal was not knowing or was not volun-

tary, we enforce the waiver and dismiss the appeal. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

